794 A.2d 179

ANNABELLE CRIPPEN, ETC., PLAINTIFF–PETITIONER,
v. CENTRAL JERSEY CONCRETE PIPE COMPANY,
DEFENDANT–RESPONDENT.

March 6, 2002.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Laidlow v. Hariton Machinery Co.,* 170 *N.J.* 602, 790 *A.2d* 884 (2002).

794 A.2d 179

SOLID ROCK BAPTIST CHURCH, ETC., PLAINTIFF–
RESPONDENT, v. RUDY V. CARLTON, ET AL.,
DEFENDANTS–PETITIONERS.

CONGREGATION OF SOLID ROCK BAPTIST CHURCH, PLAIN-
TIFF–INTERVENOR–PETITIONER, v. SOLID ROCK BAP-
TIST CHURCH, ETC., DEFENDANT–RESPONDENT.

March 20, 2002.

Denied.